IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY WALKER,**

    **Plaintiff,**

**v.**                                                       **CASE NO. 4:05-cv-00326-MP-AK**

**FLORIDA DEPARTMENT OF CORRECTIONS,**
**AKR FLORIDA PAROLE COMMISSION,**
**STATE OF FLORIDA,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to serve process. (Doc. 8). Plaintiff was only recently granted leave to proceed in forma pauperis, and the Court has not yet reviewed his complaint. The complaint will not be served until the Court has determined whether it states proper claims against the defendants. Thus, Plaintiff's Motion to Serve Process (doc. 8) is **DENIED** at this time.

    **DONE AND ORDERED** this _11th_ day of October, 2005

                                    _s/ A. KORNBLUM_
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**